**STATE of Missouri, Respondent,**

v.

**John Edward ROGERS, Appellant.**

No. 50631.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 3, 1986.

Mary E. Dockery, Office of the Public Defender, St. Louis, for appellant.

John M. Morris, III, Office of the Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant, John Edward Rogers, was convicted, in a court-tried case of assault first degree, a class A felony, attempted forcible rape, and armed criminal action. He was sentenced as a persistent sexual offender to consecutive terms of imprisonment of ten (10) years, thirty (30) years, and ten (10) years respectively. Defendant appeals only from the assault first degree conviction. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

**James GRINDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 37321.

Missouri Court of Appeals,
Western District.

June 10, 1986.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Lee A. Bonine, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD, and TURNAGE, JJ.

ORDER

PER CURIAM:

Appeal from denial after evidentiary hearing of Rule 27.26 motion to vacate convictions of stealing, § 570.030, RSMo Supp. 1984, and burglary in the second degree, § 569.170, RSMo 1978, and sentence as a persistent offender to two consecutive ten year sentences.

Judgement affirmed. Rule 84.16(b).